BEFORE THE FIRST DIVISION, NOVEMBER 29, 1965

No. 69634.—California Radio & Electronics Co. and Micro Auto Imports *v.* United States, protests 59/17890 and 64/3292 (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69635.—New York Merchandise Co., Inc. *v.* United States, protests 59/29578 and 60/7409 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of motors of under $\frac{1}{10}$ horsepower similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 29, 1965

No. 69636.—The Buhler Corp. et al. *v.* United States, protests 64/15810, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of parts of food preparing machines, which are dedicated to use therewith, similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 30, 1965

No. 69637.—New York Merchandise Co., Inc. *v.* United States, protests 64/20714 and 61/12242 (San Diego).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of lanterns similar in all material respects to those the subject of Abstract 68673, the claim of the plaintiff was sustained.

No. 69638.—Joseph A. Paredes and Luro Products Co., Inc. v. United States, protests 59/6439 and 59/13360 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respect to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69639.—Ideal Toy Company et al. v. United States, protests 60/14892, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69640.—The Railway Supply & Mfg. Co. et al. v. United States, protests 63/7742, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69641.—Ideal Toy Company v. United States, protest 64/755 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69642.—Williams & Rosenbaum, Inc. v. United States, protest 60/13517 (Boston).